UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2577-GW(AGRx) | Date | December 1, 2015 |
|---|---|---|---|
| Title | *Martin Vogel v. Barstow Dens, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 25, 2015, Plaintiff Martin Vogel filed a Notice of Settlement. The Court sets an Order to Show Cause hearing re: Settlement for January 28, 2016 at 8:30 a.m. The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG